UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Michael T. Hanson

    v.                                  Case No. 14-cv-132-SM

New Hampshire State Prison
Literary Review Committee

**REPORT AND RECOMMENDATION**

    Michael Hanson filed a "Renewed Motion for Injunction" (doc. no. 7) seeking an order directing the New Hampshire Department of Corrections to provide the court with a completed "Certificate of Custodial Institution."  That certificate has since been filed in this matter.  The motion for an injunction (doc. no. 7) should therefore be denied as moot.

    Any objections to this report and recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617

F.3d 554, 564 (1st Cir. 2010).

_____
Andrea K. Johnstone
United States Magistrate Judge

November 18, 2014

cc:  Michael T. Hanson, pro se