UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Hanson

v.

Case No. 14-cv-132-SM

NH State Prison Literary Review
Committee, et al.


O R D E R


No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated April 13, 2015, for the reasons set forth
therein.   Plaintiff's Claims 3, 4, and 5 are dismissed for
failure to state a claim.   Defendants Maj. Fouts, Sgt. St.
Peter, and Hearings Officer Hickman are hereby dismissed from
this action.   Plaintiff's motion to supplement the complaint
(document no. 9) is denied without prejudice.

"'[O]nly those issues fairly raised by the objections to
the magistrate's report are subject to review in the district
court and those not preserved by such objection are precluded on
appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617
F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of
Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see
also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

1986) (after proper notice, failure to file a specific objection
to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                       Steven J. McAuliffe
                                       United States District Judge

Date: May 11, 2015

cc:  Michael Hanson, pro se
      Kenneth Sansone, Esq.