UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Hanson

           v.                      Case No. 14-cv-132-SM

NH State Prison Literary Review
Committee, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 17, 2016, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Defendant's Motion for Summary Judgment is hereby granted (document no. 31), and Lt. John Massee is dropped as a defendant to plaintiff's free speech claims.  The Clerk of

Court shall enter judgment in accordance with this order and close the case.

    SO ORDERED.

                                                  Steven J. McAuliffe
                                                  United States District Judge

Date: September 12, 2016

cc:   Michael Hanson, pro se
       Kenneth A. Sansone, Esq.